UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALL MODERN CONSTRUCTION LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 3:22-cv-05583-DGE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**<br><br>**NOTE ON MOTION CALENDAR:<br>October 10, 2023** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED THIS 11th DAY OF October, 2023.

　　　　　　　　　　　　　　　　　　　　_David G. Estudillo_
　　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　　United States District Judge

No. 3:22-cv-05583-DGE
ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

///

Presented by:

**WATHEN | LEID | HALL | RIDER, P.C.**

_____

Rory W. Leid, III, WSBA 25075
*Attorney for Defendant*
222 Etruria Street
Seattle, WA 98109-6243
T: (206) 622-0494 | F: (206) 587-2476
rleid@cwlhlaw.com

Approved by:

**LEVY | VON BECK | COMSTOCK, P.S.**

_____

Seth E. Chastain, WSBA #43066
Ryan C. Sobotka, WSBA #51217
1200 Fifth Avenue, Suite 1850
*Attorneys for Plaintiff*
Seattle, WA 98101
T : (206) 626-5444
sechastain@levy-law.com
ryan@levy-law.com

No. 3:22-cv-05583-DGE
ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476